Stump *v.* Buzick.

---

STUMP *v.* BUZICK.

A bill for an injunction should be verified by affidavit.

APPEAL *to Polk District Court.*

*Opinion by* KINNEY, J. Buzick filed his bill against Stump, praying for a writ of injunction against him and

Thomas A. Napier, sheriff, to restrain them from the collection of a judgment at law in favor of said Stump, upon which an execution had issued, and the property of said Buzick levied upon to satisfy said judgment. The writ having been allowed, the defendant moved the court to dissolve the injunction, because the bill was not sworn to at the time the injunction was granted. This motion was overruled; whereupon, the defendant filed his exceptions. This was error. The bill should have been verified by affidavit, before the application for injunction could have been granted. This question was decided by the Territorial supreme court, in the case of *Porter* v. *Brazelton* and *Moffit*, Morris Rep. 108, and requires no additional argument in support of the decision made in that case. The ruling of the court in refusing to dissolve the injunction upon the motion filed, is, therefore, reversed.

*Casady* and *Tidrick*, for appellant.

*J. E. Jewitt*, for appellee.